# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA LOOS,**

      **Plaintiff,**

**-vs-**                Case No. 6:07-cv-1376-Orl-31GJK

**CLUB PARIS, LLC, and FRED KHALILIAN,**

      **Defendants.**

_____

## ORDER

  This matter comes before the Court after a hearing on the Motion to Hold Defendants in Civil Contempt (Doc. 27), the response to that motion (Doc. 28), the Certification and Recommendation of the Magistrate Judge (Doc. 28), the Order to Show Cause (Doc. 29), and the response to that order (Doc. 33). As stated in open court, and in accordance with the offer made by the Defendants in their response to the order to show cause, it is hereby

  **ORDERED** that Fred Khalilian shall appear for a deposition, in both his individual capacity and as the corporate representative of Club Paris, LLC, at the office of Plaintiff's attorney at 10:00 a.m. on October 20, 2008. And it is further

  **ORDERED** that Defendant Khalilian shall pay the reasonable costs and fees incurred by Plaintiff's attorney as a result of the failure to attend the August deposition, the preparation of the contempt motion and attendance at the show cause hearing. The parties shall attempt to reach a stipulation as to the amount sought. If the attempt fails, counsel for the Plaintiff shall file his

request (along with any supporting documentation of the amount sought) within 10 days of the entry of this order, and counsel for the Defendant shall file a response not more than 10 days thereafter. And it is further

**ORDERED** that the Motion to Hold Defendants in Civil Contempt (Doc. 27) is **DENIED AS MOOT**, the Certification and Recommendation of the Magistrate Judge (Doc. 28) is **REJECTED** for the same reason, and the Order to Show Cause (Doc. 29) is **DISCHARGED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 9, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party