# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA LOOS,**

                    **Plaintiff,**

-vs-                                                    Case No.  6:07-cv-1376-Orl-31GJK

**CLUB PARIS, LLC, and FRED
KHALILIAN,**

                    **Defendants.**

_____

# ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 43) filed by the

Defendants.  The Defendants contend that this FLSA case should be dismissed due to the

Plaintiff's failure to file a consent to be named as a party plaintiff, as purportedly required by 29

U.S.C. § 216(b).  A review of the Complaint (Doc. 1) makes clear that this is an individual action,

not a representative action, and therefore the Plaintiff is not required to file a separate consent.

*Morelock v. NCR Corp.*, 586 F.2d 1096, 1103 (6th Cir. 1978).  Moreover, given that the Plaintiff

retained counsel and was named in the suit, she has clearly demonstrated the necessary consent.

*Allen v. Atlantic Richfield*, 724 F.2d 1131, 1135 (5th Cir. 1984).  Accordingly, it is hereby

      **ORDERED** that the Motion to Dismiss (Doc. 43) is **DENIED**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 28, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party