**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELISSA LOOS,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:07-cv-1376-Orl-31GJK**

**CLUB PARIS, LLC, and FRED KHALILIAN,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S PETITION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 41)**
>
> **FILED:** October 23, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** as unopposed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 8, 2008.

                                                          GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party