# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA LOOS,**

          **Plaintiff,**

-vs-                                                  Case No. 6:07-cv-1376-Orl-31GJK

**CLUB PARIS, LLC, and FRED KHALILIAN,**

          **Defendants.**

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT, CLUB PARIS LLC'S, COUNSEL'S RENEWED MOTION TO WITHDRAW (Doc. No. 79)
>
> **FILED:** March 29, 2009
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. It is further **RECOMMENDED** that the Answer (Doc. No. 9) and Motion for Summary Judgment (Doc. No. 63) be stricken as to Club Paris, LLC and the Clerk be directed to enter default against Club Paris, LLC.

On December 11, 2008, the Court granted in part Anthony M. Georges-Pierre, Esq. and Matthew Webber, Esq.'s, counsel for both Defendants, Unopposed Motion to Withdraw (Doc. No. 66). Doc. No. 70. The Court granted the motion as to Defendant Fred Khalilian, but denied the motion as to Defendant Club Paris, LLC ("Club Paris") because corporations may not proceed *pro se*.

*Id.*; *see also* Local Rule 2.03(e). In the order, the Court directed Club Pairs to "retain substitute counsel and have substitute counsel make an appearance within fifteen (15) days from the date of this order." Doc. No. 70. The Court warned Club Paris that failure to retain substitute counsel could result in the Court striking Club Paris's Answer and Affirmative Defenses and directing the Clerk to enter default against Club Paris. *Id*. While the Court denied counsel's motion to withdraw as to Club Paris, the Court stated that counsel could renew the motion within fifteen (15) days or after substitute counsel made an appearance. *Id*.

To date, Club Paris has not retained substitute counsel. On March 29, 2009, counsel filed the present Renewed Motion to Withdraw (the "Motion"). Doc. No. 79. In the motion, pursuant to Local Rule 3.01(g), counsel states that the motion is unopposed. Based on the forgoing, the Court recommends that:

1. The Motion (Doc. No. 79) be GRANTED;

2. The Answer (Doc. No. 9) be stricken as to Club Paris;

3. The Motion for Summary Judgment (Doc. No. 63) be stricken as to Club Paris; and

4. The Clerk be directed to enter default against Club Paris.

**The Clerk is directed to send a copy of this Report and Recommendation to Fred Khalilian and Club Paris by Certified Mail.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Recommended** in Orlando, Florida on March 30, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge

Counsel of Record

**Unrepresented Parties, including Club Paris, by Certified Mail**