**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELISSA LOOS,**

        **Plaintiff,**

-vs-                                               Case No. 6:07-cv-1376-Orl-31GJK

**CLUB PARIS, LLC, and FRED KHALILIAN,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Defendant, Club Paris LLC's Counsel's Renewed Motion to Withdraw (Doc. No. 79) filed March 29, 2009.

On March 30, 2009, the United States Magistrate Judge issued a report (Doc. No. 80) recommending that the motion be granted. No objections have been filed.[1] Therefore, it is

**ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Defendant Club Paris LLC's Counsel's Renewed Motion to Withdraw , is GRANTED.

    3.    That the Answer (Doc. 9) and Motion for Summary Judgment (Doc. 63) are STRICKEN as to Club Paris; and

---

[1] *See* Response by Fred Khalilian at Doc. 82.

4. That the Clerk is directed to enter default against Club Paris, LLC.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of April, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE