**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELISSA LOOS,**

                **Plaintiff,**

**-vs-**                                                             Case No. 6:07-cv-1376-Orl-31GJK

**CLUB PARIS, LLC, and FRED KHALILIAN,**

                **Defendants.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Strike Pleadings and for Entry of Default Judgment against Defendant Fred Khalilian (Doc. No. 83) filed April 13, 2009.

On May 6, 2009, the United States Magistrate Judge issued a report (Doc. No. 87) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Plaintiff's Motion to Strike Pleadings and for Entry of Default Judgment against Defendant Fred Khalilian is **GRANTED**. Defendant Fred Khalilian's Answer (Doc. No. 9) is hereby stricken. The Clerk is directed to enter a default against Defendant Fred Khalilian. Plaintiff is directed to move for entry of a default judgment against Defendant Fred Khalilian within 10 days from the date of this order. The case is removed from the June, 2009, trial term.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of May, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party