# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MELISSA LOOS,

                         **Plaintiff,**

-vs-                                        **Case No.  6:07-cv-1376-Orl-31GJK**

CLUB PARIS, LLC, and FRED
KHALILIAN,

                         **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 93) filed June 9, 2009.

On September 24, 2009, the United States Magistrate Judge issued a report (Doc. No. 94) recommending that the motion be granted, in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.       The Plaintiff's Motion for Entry of Default Final Judgment is GRANTED, in part, and the Clerk is directed to enter judgment for Plaintiff and against Defendants, jointly and severally, as indicated in the Report and Recommendation.

3.       The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13thday of October, 2009.

Copies furnished to:

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

United States Magistrate Judge
Counsel of Record
Unrepresented Party